IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIEGO HERNANDEZ-AGUIRRE,

*Petitioner*,

v.

KRISTI NOEM, et. al.,

*Respondents.*

Case No. 25-cv-1013- DHU-DLM

## ORDER DIRECTING RELEASE

**THIS MATTER** comes before the Court on Diego Armando Hernandez-Aguirre's Emergency Motion for Temporary Restraining Order/Preliminary Injunction (Doc. 4).

The parties have announced that an agreement has been reached in this matter. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. The Government is **ORDERED** to release Diego Armando Hernandez-Aguirre from custody no later than twenty-four hours after payment of a bond of $5,000 pursuant to the Order of the Immigration Judge dated August 15, 2025, entered by IJ Rene Mateo.

2. The Government is **FURTHER ORDERED** to ensure that a mechanism is in place be it via the ebonds portal or otherwise to permit the payment of the above referenced bond amount by no later than noon MST on November 19, 2025.

3. No later than 10:00 a.m. MST on November 24, 2025, counsel for the Government is **ORDERED** to provide a declaration pursuant to 28 U.S.C. § 1746 affirming that Diego Armando Hernandez-Aguirre was released from custody in accordance with this Order.

4. Diego Armando Hernandez-Aguirre's Petition for Writ of Habeas Corpus (Doc. 1) and his Motion for Temporary Restraining Order (Doc. 4) are **DENIED AS MOOT,** and the hearing scheduled for November 18, 2025, is **VACATED**.

It is so **ORDERED**.

_____
HONORABLE DAVID HERRERA URIAS
United States District Judge

Submitted by:

Robert James Booth II
Assistant U.S. Attorney
201 3rd St. NW Suite 900
Albuquerque, NM 87104
(505)724-3335
Robert.Booth2@usdoj.gov
Attorney for Respondents

Approved as to form by:

Approved electronically 11/18/2025
Bonnie Smerdon, Esq.
22966 Overseas Highway
Cudjoe Key, Florida, 33042
954-624-2622 Tel
954-416-6602 Fax
bsmerdon@lucelawpllc.com
Attorney for Petitioner